# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7064 | **DATE** | 1/28/2008 |
| **CASE TITLE** | USA vs. American United Mortgage Company | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulated final judgment and order for civil penalties, permanent injunction and other equitable relief, the instant action is hereby dismissed. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | maw |
|---|---|---|---|

