# United States District Court
## Northern District of Illinois
### Eastern Division

USA                                **JUDGMENT IN A CIVIL CASE**

       v.                               Case Number: 07 C 7064

American United Mortgage Company

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☒ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the instant action is hereby dismissed pursuant to the stipulated final judgment and order for civil penalties, permanent injunction, and other relief.

                                           Michael W. Dobbins, Clerk of Court

Date: 1/28/2008                      _Michael Wing_____
                                        /s/ Michael A. Wing, Deputy Clerk